**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Juanantonio Martinez,

      Plaintiff,

vs.

Commissioner of Social Security,

      Defendant.

) Case No.: 1:25-cv-01105-GSA
)
) ORDER GRANTING IN PART EXTENSION
) OF TIME FOR PLAINTIFF TO FILE A
) MOTION FOR SUMMARY JUDGMENT
)
)
)
)
)
)
)

Plaintiff seeks a 40-day extension of time to file the motion for summary judgment due to competing deadlines and because counsel did not represent Plaintiff at the administrative level and thus needs more time to become familiar with the facts of the case.

However, the administrative record in this case is relatively concise at 788 pages, and a 40-day extension would unduly hinder the Court's docket management.  A more limited extension will be granted.

Accordingly, Plaintiff's deadline to file an answer is extended to and including February 23, 2026.

IT IS SO ORDERED.

Dated:   **January 20, 2026**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE