UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANANTONIO MARTINEZ, | No.  1:25-cv-01105-KES-GSA |
| Plaintiff, | ORDER OF VOLUNTARY DISMISSAL |
| v. | (ECF No. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

As stipulated and provided in Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed with prejudice, and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:    **March 3, 2026**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

1